IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-196 |
| | ) | |
| BRIAN KISSELL | ) | |

### GOVERNMENT'S POSITION WITH RESPECT TO THE PRESENTENCE INVESTIGATION REPORT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, submitting as follows:

1. The government has received and reviewed the contents of the Presentence Investigation Report in the above-captioned case, and has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Carolyn.Bloch@usdoj.gov
PA ID No. 53430